# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-5238** **September Term, 2023**

**1:13-cv-00734-RBW**

**Filed On: October 24, 2023** [2023532]

True the Vote, Inc.,

Appellee

v.

Internal Revenue Service, et al.,

Appellants

Public Interest Legal Foundation, Inc., et al.,

Appellees

**ORDER**

The notice of appeal was filed on October 11, 2023, and docketed in this court on October 19, 2023. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 27, 2023 |
| Docketing Statement Form | November 27, 2023 |
| Entry of Appearance Form | November 27, 2023 |
| Procedural Motions, if any | November 27, 2023 |
| Statement of Intent to Utilize Deferred Joint Appendix | November 27, 2023 |
| Statement of Issues to be Raised | November 27, 2023 |
| Transcript Status Report | November 27, 2023 |
| Underlying Decision from Which Appeal or Petition Arises | November 27, 2023 |
| Dispositive Motions, if any | December 8, 2023 |

It is

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-5238** **September Term, 2023**

**FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 27, 2023 |
| Entry of Appearance Form | November 27, 2023 |
| Procedural Motions, if any | November 27, 2023 |
| Dispositive Motions, if any | December 8, 2023 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Lynda M. Flippin
Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases