MOLOLAMKEN

Eric R. Nitz
MoloLamken LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2021
F: 202.536.2021
enitz@mololamken.com
www.mololamken.com

October 24, 2023

The Hon. Mark Langer
Clerk of Court
U.S. Court of Appeals for the
District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

By ECF

Re: *True the Vote, Inc. v. IRS*, No. 23-5238

Dear Mr. Langer,

We write in connection with the above-captioned appeal. We represented Susan Maloney, Ronald Bell, Janine Estes, and Faye Ng in their individual capacities in connection with True the Vote's claims under *Bivens*.

The district court dismissed those claims on October 23, 2014. *See True the Vote, Inc. v. IRS*, 71 F. Supp. 3d 219 (D.D.C. 2014). The Court of Appeals affirmed that dismissal on August 5, 2016, resolving any individual-capacity action against Ms. Maloney, Mr. Bell, Ms. Estes, and Ms. Ng in their favor. *See True the Vote, Inc. v. IRS*, 831 F.3d 551 (D.C. Cir. 2016).

Accordingly, Ms. Maloney, Mr. Bell, Ms. Estes, and Ms. Ng do not consider themselves to be parties to the present appeal. To the extent they have any interest in the present appeal in their official capacities, they are represented by counsel for the United States.

Respectfully submitted,

*/s/ Eric R. Nitz*

Eric R. Nitz

Cc: All counsel by ECF