# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** True the Vote, Inc.

**v.**

IRS, et al.

**Case No:** 23-5238

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◉ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Internal Revenue Service | Ronald Bell, in his official capacity only |
| United States of America | Susan Maloney, in her official capacity only |
| Steven Miller, in his official capacity only | Janine Estes, in her official capacity only |
| Lois Lerner, in her official capacity only | --see continuation sheet-- |

### Counsel Information

Lead Counsel: Geoffrey J. Klimas

Direct Phone: ( 202 ) 307-6346 Fax: ( 202 ) 514-8456 Email: geoffrey.j.klimas@usdoj.gov

2nd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name: U.S. Department of Justice, Tax Division, Appellate Section

Firm Address: Post Office Box 502, Washington, D.C. 20044

Firm Phone: ( 202 ) 514-3361 Fax: ( 202 ) 514-8456 Email: appellate.taxcivil@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

*True the Vote, Inc. v. IRS, et al.* (D.C. Cir.—No. 23-5238)
Entry of Appearance Continuation Sheet

**Party Information (cont'd)**

Faye Ng, in her official capacity only

Unknown IRS employees, in their official capacities only

Daniel Werfel, in his official capacity only

William Wilkins, in his official capacity only

Holly Paz, in her official capacity only

Cindy Thomas, in her official capacity only

Steven Grodnitzky, in his official capacity only

David Fish, in his official capacity only

Michael Seto, in his official capacity only

Note: All claims against federal employees in their individual capacities were previously dismissed. No federal employees remain parties to this case in their individual capacities.