# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** True the Vote, Inc

**v.**

Internal Revenue Service, et al.

**Case No:** 23-5238

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ◉ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Foley & Lardner LLP

### Counsel Information

Lead Counsel: Michael J. Lockerby

Direct Phone: ( 202 ) 945-6079 Fax: ( 202 ) 672-5399 Email: mlockerby@foley.com

2nd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name: Foley & Lardner LLP

Firm Address: 3000 K Street, N.W., Suite 600, Washington, DC 20007

Firm Phone: ( 202 ) 672-5300 Fax: ( 202 ) 672-5399 Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)