**CASE NO. 23-5238**

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

TRUE THE VOTE, INC.,
Appellee,
v.
INTERNAL REVENUE SERVICE, *et al.*,
Appellants,

PUBLIC INTEREST LEGAL FOUNDATION, INC., et al.,

Appellees

Appeal from the United States District Court for the District of Columbia,
Case No. 1:13-cv-00734-RBW

FOLEY & LARDNER LLP'S
CERTIFICATE AS TO PARTIES, RULING, AND RELATED CASES

**A. Parties**

The parties to the above-captioned appeal are the following:

Defendants-Appellants

1. United States of America
2. Internal Revenue Service
3. Steven Miller, in his official capacity
4. Lois Lerner, in her official capacity
5. Ronald Bell, in his official capacity
6. Susan Maloney, in her official capacity
7. Janine L. Estes, in her official capacity
8. Faye Ng, in her official capacity

9. Unknown IRS employees, in their official capacities
10. Daniel Werfel, in his official capacity
11. William Wilkins, in his official capacity
12. Holly Paz, in her official capacity
13. Cindy Thomas, in her official capacity
14. Steven Grodnitzky, in his official capacity
15. David Fish, in his official capacity
16. Michael Seto, in his official capacity

<u>Plaintiff-Appellee</u>

1. True the Vote, Inc.

<u>Appellees – Interested Parties Below</u>

1. Public Interest Legal Foundation, Inc.
2. Foley & Lardner LLP
3. Bopp Law Firm, PC

**B. Rulings Under Review**

Defendants-Appellants seek review of the Order (Dkt. 245) of Judge Reggie B. Walton entered August 15, 2023, awarding attorneys' fees under the Equal Access to Justice Act in the amount of $788,539.30. The Order also denied Plaintiff's Motion to Quash the Public Interest Legal Foundation and Foley & Lardner's Attorney's Charging Lien (Doc. 190).

**C. Related Cases**

Foley & Lardner LLP is not aware of any cases that present substantially similar issues as those involved in this appeal. This case was previously filed in this Court in Case No. 14-5316.

Dated: November 27, 2023

Respectfully submitted,

FOLEY & LARDNER LLP

By: /s/ Michael J. Lockerby
Michael J. Lockerby
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Phone: 202.672.5300
Facsimile: 202.672.5399
mlockerby@foley.com

*Counsel for Foley & Lardner LLP*