IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC., | ) |
| | ) |
| Plaintiff-Appellee | ) |
| | ) |
| v. | ) No. 23-5238 |
| | ) |
| INTERNAL REVENUE SERVICE, *et al.*, | ) |
| | ) |
| Defendants-Appellants | ) |

**CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES FILED BY THE APPELLANTS**

(1) Parties and *amici*:

The plaintiff, appellee in this Court, is True the Vote, Inc. The defendants, appellants in this Court, are the Internal Revenue Service, United States of America, Steven Miller (in his official capacity only), Lois Lerner (in her official capacity only), Ronald Bell (in his official capacity only), Susan Maloney (in her official capacity only), Janine Estes (in her official capacity only) Faye Ng (in her official capacity only), unknown IRS employees (in their official capacities only), Daniel Werfel (in his official capacity only), William Wilkins (in his official capacity only), Holly Paz (in her official capacity only), Cindy Thomas (in her official capacity only), Steven Grodnitzky (in his official capacity

only), David Fish (in his official capacity only), and Michael Seto (in his official capacity only).[1]

The Public Interest Legal Foundation, Inc., Center for Investigative Reporting, Inc., Bopp Law Firm, Inc., and Foley & Lardner LLP appeared in the District Court as petitioners, movants, or intervenors. Three of those entities—the Public Interest Legal Foundation, Inc., Bopp Law Firm, Inc., and Foley & Lardner LLP—are identified as interested parties-appellees in this appeal. No *amici* have appeared either in the proceedings below or in this Court.

(2) Rulings under review:

Appellants seek review of the following Orders and Memorandum Opinions of the District Court (Judge Reggie B. Walton) in D.D.C. Case No. 13-734, concerning the award of attorney's fees: the Order and Memorandum Opinion dated May 30, 2019 (Docs. 161 and 162), the Order and Memorandum Opinion dated September 23, 2020 (Docs. 183

[1] All claims against federal employees in their individual capacities were previously dismissed. No federal employees remain parties to this case in their individual capacities.

and 184), and the Order dated August 15, 2023 (Doc. 245). Those decisions are not reported, but are available at 2019 WL 2304659, 2020 WL 5656694, and 2023 WL 6164045.

(3) Related cases:

This case was previously before this Court as *True the Vote, Inc. v. Internal Revenue Serv., et al.* (D.C. Cir. Case No. 14-5316). The decision from that appeal is reported at 831 F.3d 551. Counsel is not aware of any related cases currently pending in this Court or in any other court, as provided in D.C. Cir. R. 28(a)(1)(C).

Respectfully submitted,

/s/ Geoffrey J. Klimas
GEOFFREY J. KLIMAS
*Attorney*
*Tax Division*
*Department of Justice*
*Post Office Box 502*
*Washington, D.C. 20044*
(202) 307-6346
geoffrey.j.klimas@usdoj.gov
appellate.taxcivil@usdoj.gov
*Counsel for the Appellants*

November 27, 2023