IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC., | ) |
| | ) |
| Plaintiff-Appellee | ) |
| | ) |
| v. | ) No. 23-5238 |
| | ) |
| INTERNAL REVENUE SERVICE, *et al.*, | ) |
| | ) |
| Defendants-Appellants | ) |

**APPELLANTS' STATEMENT OF ISSUES TO BE RAISED**

If the Solicitor General authorizes the appellants to pursue this appeal, they intend to raise the following issues:

1. Did the District Court err in determining that True the Vote, Inc., was entitled to an award of attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412?

2. Did the District Court err in determining that the amount of attorneys' fees to which True the Vote, Inc., was entitled was $788,539.30?

Respectfully submitted,

/s/ Geoffrey J. Klimas
GEOFFREY J. KLIMAS
*Attorney*
*Tax Division*
*Department of Justice*
*Post Office Box 502*
*Washington, D.C. 20044*
(202) 307-6346
geoffrey.j.klimas@usdoj.gov
appellate.taxcivil@usdoj.gov
*Counsel for the Appellants*

November 27, 2023