**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**
**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

# CIVIL DOCKETING STATEMENT

All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 23-5238  2. DATE DOCKETED: 10/19/2023
3. CASE NAME (lead parties only) True the Vote, Inc. v. Internal Revenue Service, et al.
4. TYPE OF CASE: ☒ District Ct - ◉ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ◉ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.
      Civil Action 13-734
      Criminal
      Miscellaneous
      Bankruptcy Court Docket No.
      Bankruptcy
      Adversary
      Ancillary
      Tax Court Docket No.
      Tax
   b. Review is sought of:
      ☒ Final Order ☐ Interlocutory Order appealable as of right ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Reggie B. Walton  Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 8/15/2023  e. Date notice of appeal filed: 10/11/2023
   f. Has any other notice of appeal been filed in this case? ◉ Yes ○ No If YES, date filed: 12/18/2014
   g. Are any motions currently pending in trial court? ○ Yes ◉ No If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ○ Yes ◉ No
      If NO, why not? no transcripts necessary for issue being appealed
   i. Has this case been before the Court under another appeal number? ◉ Yes Appeal # 14-5316 ○ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes ◉ No If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute? ◉ Yes ○ No
      If YES, give popular name and citation of statute Equal Access to Justice Act, 28 U.S.C. 2412
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ◉ No If so, provide program name and participation dates

Signature /s/ Geoffrey J. Klimas  Date 11/27/2023
Name of Party Internal Revenue Service, et al.
Name of Counsel for Appellant/Petitioner Geoffrey J. Klimas
Address P.O. Box 502, Washington, D.C. 20044
Phone ( 202 ) 307-6346  Fax ( 202 ) 514-8456

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.