IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRUE THE VOTE, INC., | ) | |
| | ) | |
| Plaintiff-Appellee | ) | |
| | ) | |
| v. | ) | No. 23-5238 |
| | ) | |
| INTERNAL REVENUE SERVICE, *et al.*, | ) | |
| | ) | |
| Defendants-Appellants | ) | |

**APPELLANTS' STATEMENT**
**REGARDING DEFERRED APPENDIX**

The parties do not intend to use the Court's deferred appendix procedure.

Respectfully submitted,

/s/ Geoffrey J. Klimas
GEOFFREY J. KLIMAS
*Attorney*
*Tax Division*
*Department of Justice*
*Post Office Box 502*
*Washington, D.C. 20044*
(202) 307-6346
geoffrey.j.klimas@usdoj.gov
appellate.taxcivil@usdoj.gov
*Counsel for the Appellants*

November 27, 2023