**CASE NO. 23-5238**

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

TRUE THE VOTE, INC.,
Appellee,
v.
INTERNAL REVENUE SERVICE, *et al*.,
Appellants,

PUBLIC INTEREST LEGAL FOUNDATION, INC., et al.,

Appellees

Appeal from the United States District Court for the District of Columbia,
Case No. 1:13-cv-00734-RBW

---

FOLEY AND LARDNER LLP'S
RULE 26.1 DISCLOSURE STATMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and D.C. Circuit Local Rule 26.1, the undersigned counsel for Appellee Foley & Lardner LLP states that Foley & Lardner LLP is a privately held limited liability partnership, it does not have a corporate parent, and no publicly held corporation owns more than 10% of Foley & Lardner LLP.

Dated: November 28, 2023

Respectfully submitted,

FOLEY & LARDNER LLP

By: /s/ Michael J. Lockerby
Michael J. Lockerby
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Phone: 202.672.5300
Facsimile: 202.672.5399
mlockerby@foley.com

*Counsel for Foley & Lardner LLP*