**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| TRUE THE VOTE, INC.<br>Appellee,<br>v.<br>INTERNAL REVENUE SERVICE, *et al.*<br>Appellants<br>PUBLIC INTEREST LEGAL FOUNDATION, *et al.*,<br>Appellees. | No. 23-5238 |

**PUBLIC INTEREST LEGAL FOUNDATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and D.C. Circuit Local Rule 26.1, the undersigned counsel for Appellee Public Interest Legal Foundation states that the Public Interest Legal Foundation is a non-partisan, public interest 501(c)(3) organization. The Foundation has no parent corporation and no publicly-held company has a 10% or greater ownership interest in the Foundation.

Dated: November 28, 2023

Respectfully submitted,

/s/ Kaylan L. Phillips

Kaylan L. Phillips (D.C. 1110583)
Noel H. Johnson (Wisc. 1068004)
PUBLIC INTEREST LEGAL FOUNDATION
107 S. West Street, Suite 700
Alexandria, VA 22314
(703) 745-5870 (telephone)
kphillips@publicinterestlegal.org
njohnson@publicinterestlegal.org
*Counsel for Appellee Public Interest Legal Foundation*