# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** TRUE THE VOTE, INC.,

v.

INTERNAL REVENUE SERVICE, et al.,

**Case No:** 23-5238

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as (●) Retained ( ) Pro Bono ( ) Appointed (CJA/FPD) ( ) Gov't counsel

for the ( ) Appellant(s)/Petitioner(s) (●) Appellee(s)/Respondent(s) ( ) Intervenor(s) ( ) Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

True the Vote, Inc.

### Counsel Information

Lead Counsel: Michael John Wynne

Direct Phone: ( 281 ) 450-7403 Fax: ( 832 ) 390-2655 Email: mwynne@gwafirm.com

2nd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name: Gregor Wynne Arney, PLLC

Firm Address: 4265 San Felipe, Suite 700, Houston, Texas 77027

Firm Phone: ( 832 ) 390-2644 Fax: ( 832 ) 390-2655 Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

Save | Reset Form | Print Form