# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-5238** **September Term, 2023**

**1:13-cv-00734-RBW**

**Filed On:** February 1, 2024

True the Vote, Inc.,

Appellee

v.

Internal Revenue Service, et al.,

Appellants

Public Interest Legal Foundation, Inc., et al.,

Appellees

**O R D E R**

It appearing that this case presents potential problems of duplicative briefing, it is

**ORDERED**, on the court's own motion, that the parties submit by March 1, 2024, proposed formats for the briefing of these cases. The parties are strongly urged to submit a joint proposal and are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Emily Campbell
Deputy Clerk