# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-5238**                      **September Term, 2023**

**1:13-cv-00734-RBW**

**Filed On:** February 16, 2024

True the Vote, Inc.,

    Appellee

    v.

Internal Revenue Service, et al.,

    Appellants

Public Interest Legal Foundation, Inc., et al.,

    Appellees

## O R D E R

Upon consideration of appellants' motion for voluntary dismissal of appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
       Emily Campbell
       Deputy Clerk