# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 23-5238** **September Term, 2023**

**1:13-cv-00734-RBW**

**Filed On: February 16, 2024** [2040721]

True the Vote, Inc.,

Appellee

v.

Internal Revenue Service, et al.,

Appellants

Public Interest Legal Foundation, Inc., et al.,

Appellees

**M A N D A T E**

In accordance with the order of February 16, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Emily K. Campbell
Deputy Clerk

Link to the order filed February 16, 2024.